IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-00077-D

**Chiquita Lemay Pope,**

                Plaintiff,

v.

**Carolyn Colvin**, Acting Commissioner of Social Security,

                Defendant.

**Amended Memorandum & Recommendation**

On August 10, 2015, United States Magistrate Judge Robert T. Numbers, II filed a Memorandum and Recommendation (D.E. 46) on the parties' competing motions for judgment on the pleadings. D.E. 38, 43. The Memorandum and Recommendation contains an error in Section III, p. 16. The first sentence of the Conclusion should be amended to read:

**For the foregoing reasons, the undersigned recommends that Pope's Motion for Judgment on the Pleadings be denied, that Colvin's Motion for Judgment on the Pleadings be granted, and that the Commissioner's final decision be affirmed.**

The remainder of the Memorandum and Recommendation is unchanged.

Dated: August 13, 2015.

                                            _/s/ Robert T. Numbers II_
                                            ROBERT T. NUMBERS, II
                                            UNITED STATES MAGISTRATE JUDGE