UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CHIQUITA LEMAY POPE,          )<br>                               )<br>         Plaintiff,            )<br>                               )<br>    v.                         )<br>                               )<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security,               )<br>                               )<br>         Defendant.            ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:14-CV-77-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings is DENIED, defendant's motion for judgment on the pleadings is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on September 1, 2015, and Copies To:**

| | |
|---|---|
| Vaughn Stephen Clauson | (via CM/ECF Notice of Electronic Filing) |
| Cassia W. Parson | (via CM/ECF Notice of Electronic Filing) |

DATE:                              JULIE RICHARDS JOHNSTON, CLERK

September 1, 2015                  (By) /s/ Crystal Jenkins

                                                               Deputy Clerk